UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL ROSS,** :
: CIVIL ACTION NO. 3:21-0726
    Petitioner :
: (JUDGE MANNION)
    v. :

**WARDEN STEPHEN SPAULDING,** :

    Respondent :

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Ross' petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. Ross' motion for release (Doc. 3) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: November 15, 2021
21-0726-01-Order